UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **CLARENCE GIBSON** | * | **CIVIL ACTION** |
| **VERSUS** | * | **NO. 23-7269** |
| **E. DUSTIN BICKHAM, WARDEN** | * | **SECTION "L"(1)** |

### ORDER

Before the Court is Clarence Gibson's petition for issuance of a writ of habeas corpus under 28 U.S.C. § 2254. The petition was referred to Magistrate Judge Janis van Meerveld, who issued a Report and Recommendations on April 10, 2024. This Court, having considered the petition, record, applicable law, Report and Recommendation of the United States Magistrate Judge, and Mr. Gibson's Objections to the Magistrate Judge's Recommendation, hereby denies Mr. Gibson's objections and approves the Report and Recommendation of Magistrate Judge van Meerveld and adopts it as its opinion.

In his objections to the Magistrate's Report, Mr. Gibson submits to the Court the same arguments presented in the original petition. Regarding petitioner's contentions and objections, the Court finds that petitioner raises no new legal or factual issues not considered by the Magistrate's Report and Recommendation. The Court also finds that the Report and Recommendation properly analyzes the appropriate statutes and caselaw to conclude that petitioner is not entitled to habeas corpus relief. Therefore,

**IT IS ORDERED** that petitioner's objections are **DENIED** and that petitioner's application for habeas corpus relief pursuant to 28 U.S.C. § 2254 is hereby **DENIED WITH PREJUDICE**.

New Orleans, Louisiana, this 6th day of May, 2024.

_____
United States District Judge